1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IOVATE HEALTH SCIENCES INTERNATIONAL U.S.A., INC., a Delaware Corporation,<br><br>Defendant,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Respondent. | Case No. C21-810RSM<br><br>ORDER GRANTING MOTION TO SEAL |

This matter comes before the Court on Iovate Health Sciences U.S.A. Inc.'s Motion to Seal, Dkt. #2, requesting to file under seal Exhibits 9 to 13 of the Hardin Declaration in accordance with the Protective Order in effect in the Underlying Litigation. No party has opposed this Motion.

"There is a strong presumption of public access to the court's files." Local Rule 5(g). The Court's Local Rules explicitly instruct the parties to present legal and evidentiary support in a motion to seal. Normally that motion must include "a specific statement of the applicable legal standard and the reasons for keeping a document under seal, with evidentiary support from declarations where necessary." Local Rule 5(g)(3)(B). However:

ORDER GRANTING MOTION TO SEAL - 1

> Where parties have entered a litigation agreement or stipulated protective order (see LCR 26(c)(2)) governing the exchange in discovery of documents that a party deems confidential, a party wishing to file a confidential document it obtained from another party in discovery may file a motion to seal but need not satisfy subpart (3)(B) above. Instead, the party who designated the document confidential must satisfy subpart (3)(B) in its response to the motion to seal or in a stipulated motion.

Local Rule 5(g)(3). A "good cause" showing under Rule 26(c) will suffice to keep sealed records attached to non-dispositive motions. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (internal citations omitted).

The Court has reviewed the Motion to seal and the attached declaration and finds good cause to permit Iovate to file Exhibits 9 to 13 under seal consistent with the underlying Protective Order. Accordingly, this Motion, Dkt. #2, is GRANTED.

DATED this 12th day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE