UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ORGAIN INC, <br><br> Plaintiff, <br><br> v. <br><br> NORTHERN INNOVATIONS HOLDING CORP., *et al.*, <br><br> Defendants. | Case No. C21-810-RSM <br><br> ORDER CLOSING CASE |

This matter comes before the Court on the Court's Order to Show Cause why Defendant Iovate Health Sciences U.S.A. Inc. ("Iovate")'s Amended Motion for Order to Show Cause and Motion to Compel Amazon.com Inc's Compliance with Subpoena (Dkt. #6) (sealed) and non-party Amazon.com, Inc. ("Amazon")'s Motion for Protective Order and to Quash Subpoena (Dkt. #12) should not be stricken as moot and why this case should not be closed. Dkt. #20.

The parties were given seven days to respond. Iovate submitted a response notifying the Court it does not oppose the Court striking the pending motions (Dkts. #6, 12) as moot and closing the case. Dkt. #21. Amazon did not submit a response.

Accordingly, the Court hereby ORDERS:

    1. Iovate's Motion (Dkt. #6) (sealed) is STRICKEN as moot.

ORDER CLOSING CASE - 1

2. Amazon's Motion (Dkt. #12) is STRICKEN as moot.

3. This case is CLOSED.

DATED this 7th day of March, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE